PROB 12C
(7/93)

Report Date: September 2, 2014

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP - 2 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
               YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Laura Louise Rodriguez            Case Number: 0980 2:13CR02092-LRS-35

Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: March 19, 2014

Original Offense:        Theft From Gaming Establishment Less Than $1,000, 18 U.S.C. § 1167(a)

Original Sentence:       Probation 36 Months            Type of Supervision: Probation

Asst. U.S. Attorney:     Alison L. Gregoire             Date Supervision Commenced: March 19, 2014

Defense Attorney:        John C. Perry                  Date Supervision Expires: March 18, 2017

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Mandatory Condition # 6**: If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

**Supporting Evidence**: Ms. Rodriguez has failed to make a payment towards her restitution as of August 28, 2014.

On April 2, 2014, Ms. Rodriguez signed a restitution payment agreement agreeing to make $120 monthly payments towards her financial obligation commencing April 2014. Ms. Rodriguez has been reminded on several occasions she needed to make her restitution payment. The defendant keeps making promises she will make a payment, but has failed to make any payments as of August 28, 2014.

Prob12C
Re: Rodriguez, Laura Louise
September 2, 2014
Page 2

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 2, 2014

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

9/2/14
Date