PROB 12C
(7/93)

Report Date:  February 11, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 11, 2016

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Laura Louise Rodriguez          Case Number: 0980 2:13CR02092-LRS-035

Address of Offender: ██████████ Granger, Washington 98932

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Court Judge

Date of Original Sentence: March 19, 2014

Original Offense:          Theft From Gaming Establishment Less Than $1,000, 18 U.S.C. § 1167(a)

Original Sentence:      Probation 36 months               Type of Supervision: Probation

Asst. U.S. Attorney:   Thomas J. Hanlon               Date Supervision Commenced: March 19, 2014

Defense Attorney:      Alex B. Hernandez, III          Date Supervision Expires: March 18, 2017

---

## PETITIONING THE COURT

### To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Ms. Rodriguez submitted urinalysis (UA) tests on December 4, 2015, January 7, and 11, 2016, which tested positive for Morphine, a controlled substance not prescribed to her. |
| | On December 4, 2015,  Ms. Rodriguez reported to the U.S. Probation Office and admitted to consuming Morphine, a controlled substance not prescribed to her. |
| 2 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On January 19, 2016, and on February 9, 2016, Ms. Rodriguez failed to report to Merit for random UA testing. |

**Prob12C**
**Re: Rodriguez, Laura Louise**
**February 11, 2016**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    02/11/2016
_____

s/Arturo Santana
_____

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[  ]    No Action
[ x ]   The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

_____
Signature of Judicial Officer

2/11/2016
_____
Date