PROB 12C
(6/16)

Report Date: October 26, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 2 6 2016

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Laura Louise Rodriguez                    Case Number: 0980 2:13CR02092-LRS-35

Address of Offender: ███████████████████████████████████████ Granger, Washington
98932

Name of Sentencing Judicial Officer: The Honorable Lonny R Suko, Senior United States District Judge

Date of Original Sentence: March 19, 2014

| | | |
|---|---|---|
| Original Offense: | Theft from Gaming Establishment less than $1,000, 18 U.S.C. § 1167(a) | |
| Original Sentence: | Probation 36 months | Type of Supervision: Probation |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: March 19, 2014 |
| Defense Attorney: | Alex B Hernandez , III | Date Supervision Expires: March 18, 2017 |

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/11/2016.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 22**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Ms. Rodriguez submitted urinalysis (UA) tests on October 12 and 18, 2016, which tested positive for Morphine, a controlled substance not prescribed to her.

On October 20, 2016, Ms. Rodriguez admitted to consuming Morphine that was not prescribed to her on the aforementioned dates. She stated that the Morphine was in the form of a pill and obtained from a family member.

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 22**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued |

Prob12C
**Re: Rodriguez, Laura Louise**
**October 26, 2016**
**Page 2**

abstinence from these substances.

**Supporting Evidence**: On October 21, 2016, Ms. Rodriguez failed to report to Merit Resource Services for random UA testing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     10/26/2016

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the
      case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

10/26/16

Date